UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STORMAN, | No.  2:25-cv-02981 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| ARROWHEAD HOUSING CORP., | |
| Defendant. | |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 1, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 30.  Plaintiff has filed objections to the findings and recommendations. ECF No. 31.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 1, 2026, are adopted in full.

2.  Plaintiff's Motion for a Preliminary Injunction (ECF No. 19) and Motion for

1

Summary Judgment and Motion for Temporary Restraining Order (ECF No. 28) are DENIED.

    3.  This matter is referred back to the assigned Magistrate Judge.

    IT IS SO ORDERED.

Dated:   **June 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE